UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

BERNARD COOPER        CIVIL ACTION NO. 3:14-cv-0565

VS.             SECTION P

              JUDGE DONALD E. WALTER

WARDEN SPEARMAN       MAGISTRATE JUDGE KAREN L. HAYES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition for habeas corpus be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 3 day of July, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE